LAW OFFICES OF
**JOSEPH M. LOVRETOVICH**
5941 VARIEL AVENUE
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
CHRISTOPHER W. TAYLOR, STATE BAR NO. 236245
ctaylor@jmllaw.com

Attorneys for Plaintiff Theresa Robledo

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| THERESA ROBLEDO, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AVON PRODUCTS, INC., a California corporation; ROSARIO GARCIA, an individual; and DOES 1 THROUGH 100, inclusive,<br><br>　　　　Defendants. | Case No. CV11-7232 DSF (PJWx)<br>(Assigned for all purposes to the Hon. Dale S. Fischer, Courtroom 840)<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION**<br><br>**[FED. R. CIV. P 41(A)(1)(A)(II)]**<br><br>Complaint Filed:　July 27, 2011<br>Discovery Cut Off :　September 14, 2012<br>Trial Date:　March 26, 2013 |

///
///
///
///
///

1 <u>ORDER</u>

2   Based upon the settlement of the matter and the Joint Stipulation For
3 Dismissal of Action agreed upon and executed by the parties, it is ORDERED that
4 the entire action shall be dismissed with prejudice pursuant to Fed. R. Civ. P.
5 41(a)(1)(A)(ii).  Each party is to bear its own attorneys' fees and costs.

7 DATED:  6/8/12

   By:_____
   UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Law Offices of Joseph M. Lovretovich
5941 Variel Avenue
Woodland Hills, CA 91367
(818) 610-8800